AO 442 (Rev. 11/11) Arrest Warrant                                         30067-076

# UNITED STATES DISTRICT COURT
for the
Western District of Tennesse

| | |
|---|---|
| United States of America<br>v.<br><br>L.C. GILLS, JR.<br><br>*Defendant* | )<br>)  Case No.  17-10004<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  L.C. GILLS, JR.

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Drug Trafficking

Date: 01/17/2017

s/Andrew Shulman
*Issuing officer's signature*

City and state:  Jackson, Tennessee

Thomas M. Gould, U.S. District Court Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 1-31-17
at *(city and state)* Jackson, TN

Date: 1-31-17

*Arresting officer's signature*

Paul Melson  DUSM
*Printed name and title*

FBI Arrest